

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2015

No. 04-15-00064-CV

**IN THE INTEREST OF K.R.E.T.**, et al children,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02260
Honorable Dick Alcala, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights. The reporter's record for this appeal was due to be filed on February 17, 2015. On February 26, 2015, this Court issued an order requiring the reporter's record be filed on or before March 9. On February 27, 2015 the court reporter, Kayleen Rivera, filed a second notice of late record seeking a 30-day extension. Ms. Rivera was given another extension to March 13, 2015. Ms. Rivera filed the first volume of the reporter's record on March 6, 2015. At this time, the full reporter's record still has not been filed.

It is therefore ORDERED that Ms. Rivera file all remaining volumes of the reporter's record in this court no later than March 27, 2015. If the full reporter's record is not received by such date, an order may issue directing Ms. Rivera to appear and show cause why she should not be held in contempt for failing to file the record.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court